# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathan Aubin, individually, on behalf of all others similarly situated, and on behalf of the general public,, <br><br> Plaintiff, <br><br> vs. <br><br> Bank of America, National Association, and DOES 1-50, inclusive,, <br><br> Defendant. | CASE NO. 1:10-CV-00679-AWI-GSA <br><br> The Hon. Anthony W. Ishii <br><br> **ORDER STAYING ACTION PENDING TRANSFER TO MDL PROCEEDING COURT** |

Having reviewed and considered the parties' Stipulation to Stay Action Pending Transfer to MDL Proceeding Court, and good cause appearing for the same,

///

///

///

///

///

15398638.1

1  ///

2  IT IS HEREBY ORDERED that this action shall be and hereby is STAYED in its entirety, including Defendant's responsive pleading deadline, pending its transfer to and appropriate scheduling by the United States District Court for the District of Kansas in connection with *In Re Bank of America Wage and Hour Employment Practices Litigation*, Case No. MDL-2138.

IT IS SO ORDERED.

Dated:   August 24, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

15398638.1

1

**ORDER STAYING ACTION PENDING TRANSFER TO MDL PROCEEDING COURT**